IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LAMAR ALEXANDER THOMAS,**

    Plaintiff,

v.                                        Civil Action No. **3:11CV627**

**KEN STALLINGS**, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 5, 2011, the Court conditionally docketed Lamar Alexander Thomas's civil action. At that time, the Court directed Thomas to submit a statement under oath or penalty of perjury that:

    (A)   Identifies the nature of the action;
    (B)   States his belief that he is entitled to relief;
    (C)   Avers that he is unable to prepay fees or give security therefor; and,
    (D)   Includes a statement of the assets he possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided Thomas with an in forma pauperis affidavit form for this purpose.

Additionally, the Court directed Thomas to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Thomas that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Thomas has not complied with the orders of this Court. Thomas failed to return a completed in forma pauperis affidavit form and a consent to collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant complaint. See 28 U.S.C. § 1914(a). Such actions demonstrate a wilful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to mail a copy of the Memorandum Opinion to Thomas.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 7, 2011